UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :
            -v-                            :     S2 11 Cr. 1072
                                           :        (DLC)
Alex Oria                                  :
Joe H. Nelson                              :        ORDER
Kenneth Nelson                             :
Conrado Vazquez                            :
Abel Gonzalez                              :
   a/k/a "Abelito,"                        :
Efren Ruiz                                 :
   a/k/a "Socio,"                          :
                           Defendants.     :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

    IT IS HEREBY ORDERED that the defendants named in the above-captioned case shall appear for a conference at 11 a.m. on August 28, 2012 in Courtroom 15B, 500 Pearl Street, New York, New York. The Government shall promptly forward a copy of this Order to counsel for those defendants.

Dated:    New York, New York
          August 14, 2012

                                    _____
                                      ALISON J. NATHAN, Part I
                                      United States District Judge