AO 136
(Rev. 6/82)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



## CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF FLORIDA

Fla. Bar. **# 240206**

I, **STEVEN M. LARIMORE**,   Clerk of the United States District Court
for the Southern District of Florida,

DO HEREBY CERTIFY that   *Joseph Steven Rosenbaum*   was duly admitted to practice in said Court on **12/18/1979**, and is in good standing as a member of the bar of this Court.

Dated at: **Miami, Florida**, this March 1, 2013.

STEVEN M. LARIMORE
Court Administrator •Clerk of Court

By _____
Deputy Clerk