LAW OFFICES OF
# TACOPINA SEIGEL & TURANO
A PROFESSIONAL CORPORATION

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 227-8877
FACSIMILE (212) 619-1028
WWW.TACOPINALAW.COM

JOSEPH TACOPINA
CHAD D. SEIGEL♦
STEPHEN TURANO♦

DINA NESHEIWAT*
MATTHEW G. DEOREO^

GEORGE VOMVOLAKIS
FRANCESCO PENTA***
VICTOR SHERMAN†

♦ ALSO ADMITTED IN NEW JERSEY
* ALSO ADMITTED IN FLORIDA
† ALSO ADMITTED IN CALIFORNIA
^ ALSO ADMITTED IN CONNECTICUT
*** ONLY ADMITTED IN ITALY

MILAN OFFICE:
20149 MILANO
VIA DOMENICHINO, N. 35
MILAN, ITALY
TEL (02) 48012455

NEW JERSEY OFFICE:
60 PARK PLACE
SUITE 703-704
NEWARK, NEW JERSEY 07102

**MEMO ENDORSED**

May 23, 2013



Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York NY 10007

  Re: <u>United States v. Alex Oria</u>
    <u>Docket No. 11 CR 1072 (DLC)</u>

Your Honor:

  The defense respectfully submits this letter on behalf of defendant Alex Oria, to join in the motions of his co-defendants to the extent that they are neither inconsistent nor antagonistic with Mr. Oria's position in this matter.

  Your consideration is greatly appreciated.

           Respectfully submitted,

           Joseph Tacopina

cc: All Counsel via: e-mail

*The only filed motions are for a change of venue, which would not apply to defendant Oria.*

*Denise Cote*
*May 28, 2013*