LAW OFFICES OF

# TACOPINA & SEIGEL

A PROFESSIONAL CORPORATION

275 MADISON AVENUE
35TH FLOOR
NEW YORK, NEW YORK 10016

TELEPHONE (212) 227-8877
FACSIMILE (212) 619-1028
WWW.TACOPINALAW.COM

JOSEPH TACOPINA^
CHAD D. SEIGEL✦
MATTHEW G. DEOREO^
DINA NESHEIWAT✱

✦ ALSO ADMITTED IN NEW JERSEY
^ ALSO ADMITTED IN CONNECTICUT
† ALSO ADMITTED IN CALIFORNIA
✱ ALSO ADMITTED IN FLORIDA
✱✱✱ ONLY ADMITTED IN ITALY

OF COUNSEL:
STEPHEN TURANO✦
GEORGE VOMVOLAKIS
FRANCESCO PENTA✱✱✱
VICTOR SHERMAN†

NEW JERSEY OFFICE:
60 PARK PLACE
SUITE 703-704
NEWARK, NEW JERSEY 07102

**MEMO ENDORSED**

April 3, 2017

Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/2017

**Re: United States v. Alex Oria**
**Docket No. 11-CR-1072 (DLC)**

Your Honor:

I respectfully submit this letter on behalf of defendant Alex Oria to request, with the consent of the Government, that Mr. Oria's sentencing, presently scheduled for Friday, May 5th, be adjourned two weeks until Friday, May 19th. This request is made because I will be out of the country for business purposes on May 5th and not returning until the week of May 15th.

As referenced above, defense counsel has conferred with Assistant U.S. Attorney Edward Diskant, who consents to this application on behalf of the Government.

Your consideration is greatly appreciated.

Respectfully submitted,

Joseph Tacopina

cc: AUSA Edward Diskant

*The sentence is adjourned to 6/1/17 at 2:00 p.m.*

*[signed] Denise Cote*
*4/4/17*