Alex Oria                                          6                                  64242 - AC
Docket Number: 11 CR 01072-43 (DLC)



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
### PROBATION OFFICE

*JUDICIAL RESPONSE*

**THE COURT ORDERS:**

☑  Court approves U.S. Probation Officer's action

or

U.S. Probation Officer is directed to:

☐  Submit a Request for Modifying the Condition or Term of Supervision

☐  Submit a Request for Warrant or Summons

☐  Other:

_____
Honorable Denise Cote
U.S. District Judge

9/12/18
Date

PROB 12A
(4/15)